THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:11cv28

| | |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HORTON SALES DEVELOPMENT CORP., WILLIAM GREG HORTON, CATHRYN J. STROHM HORTON, and T. ALEXANDER BEARD, )<br>)<br>Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On April 6, 2011, Plaintiff filed an Affidavit of Service, indicating that the Defendant Horton Sales Development Corporation ("Horton Sales") was served with process pursuant to Rule 4 of the Federal Rules of Civil Procedure. [Doc. 12]. To date, Horton Sales has failed to respond to the Complaint or otherwise make an appearance in this action. Plaintiff, however, has taken no action to prosecute its claim against this Defendant. As such, issues have not yet joined in this matter.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall file an appropriate motion or take other further action with respect to this Defendant no later than **December 6, 2011**.

**IT IS SO ORDERED**.

Signed: November 28, 2011

Martin Reidinger
United States District Judge