IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11-cv-28

| | |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| HORTON SALES DEVELOPMENT CORP., WILLIAM GREG HORTON, CATHRYN J. STROHM HORTON, and T. ALEXANDER BEARD, | ) ) ) ) ) |
| Defendants. | ) ) |

# AMENDED
# PRETRIAL ORDER
# AND CASE MANAGEMENT PLAN

Of the Court's own motion, the Court amends the previously entered Pretrial Order and Case Management Plan (#29) to provide that the trial in this matter shall be held on the 1st session on or after January 14, 2013.

The Deadlines at a Glance are amended as follows:

**DEADLINES AT A GLANCE**

| | |
|---|---|
| Rule 26 Disclosures: | February 14, 2012 |
| Selection of Mediator: | February 14, 2012 |
| Respond to Notice of Bankruptcy: | February 14, 2012 |
| Discovery Completion: | August 1, 2012 |
| Expert Reports: | April 1, 2012 (plaintiff) |
| | May 1, 2012 (defendants) |
| Mediation: | August 15, 2012 |
| Motions: | September 1, 2012 |
| Trial: | 1st session on or after January 14, 2013 |

and the provisions of the previous Pretrial Order and Case Management Plan (#29) are further amended to provide:

VI.

A. TRIAL DATE: Trial is scheduled to commence **WITHOUT a jury** during the first civil trial term beginning on or after **JANUARY 14, 2013.** The Court will endeavor to set the date of the term of court in which this case will tried at least eight months in advance. The term "Trial Date" has been used throughout this Order to refer to the first day of the term in which this case is ultimately set for trial, that also being the date on which jury selection is scheduled to begin for this case.

Signed: October 16, 2012

Dennis L. Howell
United States Magistrate Judge

2