THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11-cv-00028-MR-DLH

| | |
|---|---|
| **UNITED NATIONAL INSURANCE COMPANY,** ) ) ) ) **Plaintiff,** ) ) vs. ) ) ) **HORTON SALES DEVELOPMENT CORP., WILLIAM GREG HORTON, CATHRYN J. STROHM HORTON, and T. ALEXANDER BEARD,** ) ) ) ) ) ) **Defendants.** ) _____ ) | **JUDGMENT OF DEFAULT** |

**FOR THE REASONS** stated in the Order entered simultaneously herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that a judgment of default is hereby entered against Defendant Horton Sales Development Corp.

**IT IS FURTHER ORDERED AND DECLARED** that the subject insurance policy issued by the Plaintiff to the Defendant Horton Sales Development Corp. affords no coverage for pollution recovery costs sought

against Defendant Horton Sales by the South Carolina Department of Health and Environmental Control, and that the Plaintiff owes no duty to defend Horton Sales in any action or proceeding for such pollution recovery costs.

Signed: April 18, 2013

Martin Reidinger
United States District Judge